**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Richard C. Kay*  *Suite 400*  *DIRECT: 410-209-4850*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Richard.Kay@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-9293*

April 13, 2015

Honorable William M. Nickerson
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

     Re:    United States v. 16770 Diggins Road, etc.
             Civil No. WMN-14-2514.

Dear Judge Nickerson:

     This is a civil forfeiture case against real property in Caroline County that was involved in the growing of marijuana. E. Sean Poltrack, Esquire, represents the owners of the defendant property, and Mr. Poltrack and I have opened discussions towards a resolution of this matter. Mr. Poltrack obtained a full property appraisal and we have advanced our discussions based on the appraisal numbers. Mr. Poltrack advised that his clients now are exploring financing options. We still are hopeful that we can resolve all issues informally and reach an agreement as to the disposition of this case. For these reasons, the parties wish to continue to pursue these discussions without a formal scheduling order for a reasonable period of time.

     In order to facilitate the settlement process, the government has agreed to waive all filing time limits for Mr. Poltrack's clients in this case so long as we are making progress with the settlement discussions; consequently, although they already have filed claims, there is no need for them to file answers while the waiver is active. With the Court's indulgence for this process, I will submit a status report to the Court if the case is not resolved by June 11, 2015.

                                       Very truly yours,

                                       Rod J. Rosenstein
                                       United States Attorney

                                       _____//s//_____
                                       Richard C. Kay
                                       Assistant United States Attorney

cc:    E. Sean Poltrack, Esq.